# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH M. Q., <br> Plaintiff, <br> v. <br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br> Defendant. | Case No. SA CV 25-586-E <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is affirmed.

DATED: November 24, 2025

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE